39922. GALLOWAY v. GENERAL MOTORS ACCEPTANCE CORPORATION.

JORDAN, Judge. This was a suit on a conditional-sale contract to recover the unpaid purchase price of an automobile brought by the assignee of the seller against the purchaser. The de-

fendant's general and special demurrers to the petition were overruled and the exception is to that judgment. *Held:*

The allegations of the petition which stated that the defendant was indebted to the plaintiff in the sum of $450.36 on a contract (a copy of which was attached to the petition as an exhibit), said sum being past due and unpaid, were sufficient to set forth a cause of action as against general demurrer (*J. C. Pirkle &c. Co. v. Lester,* 79 Ga. App. 512, 54 SE2d 298); and were not subject to special demurrer upon the ground that it was not alleged what amounts the defendant had paid upon the automobile and when such payments were made. *C. I. T. Corp. v. Davis,* 49 Ga. App. 634 (2) (176 SE 821).

The petition stated a cause of action and was not subject to the general and special demurrers interposed.

*Judgment affirmed. Nichols, P. J., and Frankum, J., concur.*

DECIDED JANUARY 28, 1963—REHEARING DENIED
FEBRUARY 11, 1963.

*Charles W. Anderson,* for plaintiff in error.
*A. Mims Wilkinson, Jr.,* contra.